**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael A. Dawes,<br><br>        Plaintiff,<br>  vs.<br><br>George Contreras,<br><br>        Defendant. | No. CV-06-1287-PHX-PGR (JJM)<br><br>ORDER |

The plaintiff filed a document entitled "Notice of Appeal" (doc. #188) on February 4, 2008. Having reviewed the document, the Court finds that it should be stricken from the record because it is not in fact a notice of appeal as its contents have nothing at all to do with an attempt to appeal any Court order. The Court cannot in fact determine from the body of the document what the document is supposed to be as it merely contains allegations of misconduct on the part of defendant Contreras concerning the events underlying this action. Therefore,

IT IS ORDERED that the plaintiff's "Notice of Appeal" (doc. #188) is stricken from the record.

DATED this 7th day of February, 2008.

Paul G. Rosenblatt
United States District Judge