**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael A. Dawes,<br><br>            Plaintiff,<br>     vs.<br><br>George Contreras,<br><br>            Defendant. | No. CV-06-1287-PHX-PGR (JJM)<br><br>ORDER |

Pending before the Court is the plaintiff's Motion to Obtain a Certificate of Appealability and Transcripts at Government Expense.  The Court finds that the motion should be denied because (1) no certificate of appealability is required pursuant to Fed.R.App.P. 22(a) since this is a prisoner civil rights action and not any type of an action for a writ of habeas corpus, and (2) no transcripts were produced in this action.   Therefore,

IT IS ORDERED that the plaintiff's Motion to Obtain a Certificate of Appealability and Transcripts at Government Expense (doc. #201) is denied.

DATED this 28th day of May, 2008.

Paul G. Rosenblatt
United States District Judge